# EXHIBIT

# A

| | |
|---|---|
| **Edward J. Ahearn, Esquire**<br>**Attorney ID #025641993**<br>**ANSELL GRIMM & AARON, P.C.**<br>1500 Lawrence Avenue<br>CN 7807<br>Ocean, New Jersey 07712<br>(732) 922-1000 (Phone)<br>(732) 643-5433 (Fax)<br>Attorneys for Plaintiff<br>**Our File No. 83030-2** | **RECEIVED**<br><br>DEC 10 2024<br><br>AMTRAK CLAIMS OFFICE<br>NEW YORK, NY |
| KATHLEEN PREVAS KNOWLES,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION trading as AMTRAK; and ABC CORPORATION 1-5 (fictitious entities),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MONMOUTH COUNTY<br><br>Docket No: MON-L-004084-24<br><br>**CIVIL ACTION**<br><br>**SUMMONS** |

**From the State of New Jersey to the Defendant named above:**

**National Railroad Passenger Corporation t/a Amtrak**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within **35 days** from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

083030.000002 9345835v1

If you do not file and serve a written answer or motion within **35 days**, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                                     s/ Michelle M. Smith
                                                                     MICHELLE M. SMITH
                                                                     Clerk of the Superior Court

Dated:        December 4, 2024

Name of Defendant to be served: National Railroad Passenger Corporation t/a Amtrak

Address:                       400 West 31st Street, 4th Floor
                                 New York, New York 10001

**RECEIVED**

**DEC 10 2024**

AMTRAK CLAIMS OFFICE
NEW YORK, NY

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

083030.000002 9345835v1

```
MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD          NJ 07728
                                           TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM

                     DATE:    DECEMBER 03, 2024
                     RE:      PREVAS-KNOWLES KATHLEEN   VS AMTRAK
                     DOCKET:  MON L -004084 24

   THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

   DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:  HON DAVID A. NITTI

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (732) 358-8700 EXT 87549.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                     ATTENTION:
                               ATT: EDWARD J. AHEARN
                               ANSELL GRIMM & AARON PC
                               1500 LAWRENCE AVE
                               CN 7807
                               OCEAN          NJ 07712


ECOURTS
```

Edward J. Ahearn, Esquire
Attorney ID #025641993
ANSELL GRIMM & AARON
1500 Lawrence Avenue - CN 7807
Ocean, New Jersey 07712
(732) 922-1000
Attorneys for Plaintiff
File No. 83030-2

| | |
|---|---|
| KATHLEEN PREVAS KNOWLES,<br><br>Plaintiff,<br><br>- vs -<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION trading as AMTRAK; and ABC CORPORATION 1-5 (fictitious entities),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION MONMOUTH COUNTY<br>DOCKET NO. MON-L- 004084-24<br><br>**Civil Action**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff, Kathleen Prevas Knowles, residing at 30 Green Avenue in the Borough of Neptune City, County of Monmouth and State of New Jersey, by way of Complaint against the Defendants, says that:

### FIRST COUNT

1. On or about the 3rd day of December, 2022, the Defendants, Amtrak and

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

National Railroad Passenger Corp. t/a Amtrak did own, operate, occupy, control, manage and/or maintain a commercial rail transportation enterprise known as Amtrak, open to the public, and doing business at the Metropark Train Station located in the Township of Edison, County of Middlesex and State of New Jersey.

2. At all times relevant hereto, the defendants, ABC Corp. 1-5 (fictitious entities) are fictitious names for potential Defendants who may be responsible for the management, operation, control and or maintenance of the train cars being operated by the Defendants, Amtrak and National Railroad Passenger Corp. t/a Amtrak. The identities of these fictitious entities are presently unknown but will be added when ascertained.

3. At all times relevant hereto, it was the duty of the Defendants as those responsible for the ownership, operation, occupancy, control, management and or maintenance of Amtrak train cars to properly inspect, operate, control, manage and maintain said train cars in a reasonably safe condition and to make adequate provision for the maintenance of said train cars and to properly and in conformity with contractual and industry standards remove and correct accumulation of water and other defects within their train cars; to inspect for and guard against conditions within the subject train cars which might pose a danger or hazard to persons lawfully thereon; to take reasonable measures to ensure that the train cars under their control were safe for persons lawfully thereon, such as the Plaintiff herein; and to adequately warn the Plaintiff of any dangerous or unsafe conditions that they created, knew or should have known about.

4. Despite their duties as aforesaid, the Defendants, one or more or all of

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1

them, did carelessly, recklessly and negligently fail to properly operate, inspect, control, manage and maintain the train cars under their control and did fail to adequately make provision for correcting accumulations of water and other defects within said train cars; did fail to properly remove and or correct any dangerous conditions which existed within their train cars and did fail to properly warn the Plaintiff and others as to the dangerous condition of their property.

5. On or about December 3rd, 2022, the Plaintiff, Kathleen Prevas Knowles, was a business invitee and customer of the Defendants and was lawfully present and attempting to board a train car under control of the Defendants. Plaintiff did conduct herself in a safe, prudent and proper manner at all times relevant thereto..

6. At the foresaid time and place, the Plaintiff, Kathleen Prevas Knowles, was caused to slip and fall to the ground due to an accumulation of water within the train car under the control of the Defendants as aforesaid.

7. As a direct and proximate result of the carelessness, recklessness and negligence of the Defendants aforesaid, the Plaintiff was caused to sustain severe internal and external injuries; was caused to sustain severe mental pain and suffering and will in the future be caused further mental pain and suffering; was caused to sustain permanent injuries; was caused to spend substantial sums of money for treatment of her injuries; and was caused to sustain other great losses.

WHEREFORE, Plaintiff, Kathleen Prevas Knowles, demands judgment against the Defendants for damages together with interest and costs of suit.

## DESIGNATION OF TRIAL COUNSEL

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1

Please take notice that pursuant to R.4:25-4, Edward J. Ahearn, Esquire of Ansell Grimm & Aaron, P.C., is hereby designated as trial counsel in the within matter.

### JURY DEMAND

Plaintiff hereby demands a trial by jury in the above-entitled cause of action.

### CERTIFICATION PURSUANT TO RULE 1:38-7(c)

I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the Court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(c).

### CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to R.4:5-1, the matter in controversy is not the subject of any other action pending in any Court or arbitration proceedings, and Plaintiff does not contemplate any other action or arbitration proceedings.

ANSELL GRIMM & AARON, P.C.
Attorneys for Plaintiffs

Dated: December 3, 2024

By: _____
EDWARD J. AHEARN

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1



# ANSELL.LAW
## ANSELL GRIMM & AARON, PC

**1500 LAWRENCE AVENUE**
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

**365 RIFLE CAMP ROAD**
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

**214 CARNEGIE CENTER**
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

**1177 AVENUE OF THE AMERICAS**
5TH FLOOR
NEW YORK, NY 10036
800-569-3886

**41 UNIVERSITY DRIVE**
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

website: ansell.law

JAMES G. AARON
ALLISON ANSELL ◊ †
BRIAN E. ANSELL ‡
MITCHELL J. ANSELL
MICHAEL V. BENEDETTO
RICK BRODSKY ♦
DAVID J. BYRNE ▫
PETER B. GRIMM
ROBERT A. HONECKER, JR. ▫
JASON S. KLEIN ♦
JENNIFER S. KRIMKO
DONNA L. MAUL •
MELANIE J. SCROBLE
LAWRENCE H. SHAPIRO ♦ ▫
DAVID B. ZOLOTOROFE

EDWARD J. AHEARN
BRIAN J. ASHNAULT
KELSEY M. BARBER
NICOLE A. BENIS
ELYSA D. BERGENFELD
KRISTINE M. BERGMAN ▫
GABRIEL R. BLUM ♦
CATHERINE M. BRENNAN
HILLARY H. BRYCE ▫
BARRY M. CAPP ♦ Δ
ALFRED M. CASO
KEVIN M. CLARK
ANTHONY J. D'ARTIGLIO ♦
LAYNE A. FELDMAN ♦
THOMAS J. GIRONDA
NICOLE D. MILLER ▫ ♦
LEIGH T. OLIVER
SETH M. ROSENSTEIN ♦ ▫
ANTHONY SANGO
COURTNEY R. SAUER

JONATHAN D. SHERMAN
ANTHONY J. STORROW
CAROL J. TRUSS
TARA K. WALSH ♦
ANDREA B. WHITE ♦ •

**COUNSEL**
GARY P. EIDELSTEIN ■
ROY W. HIBBERD Δ ∇
HON. ANTHONY J. MELLACI, JR., J.S.C. (RET)
STACEY R. PATTERSON ♦
HON. JOSEPH P. QUINN, J.S.C. (RET)

**IN MEMORIAM**
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)
DAVID K. ANSELL † (1962-2019)
RICHARD B. ANSELL ‡ (1968-2021)
ROBERT I. ANSELL (1965-2022)
PETER S. FALVO, JR. (1967-2023)

**LICENSED ALSO IN:**
Δ D.C. ◊ MASS. ♦ N.Y.
▫ PENN. ∇ CALIF. ■ FL

† FELLOW, AMERICAN
ACADEMY OF MATRIMONIAL
LAWYERS

‡ CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

• CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
MATRIMONIAL LAW ATTORNEY

**Please respond to: OCEAN**
Direct Dial: 732-643-5233
Direct Fax: 732-643-5433
Email: eahearn@ansell.law

December 4, 2024

**RECEIVED**
DEC 10 2024
AMTRAK CLAIMS OFFICE
NEW YORK, NY

*Rec by Mail VS.*

National Railroad Passenger Corporation
400 West 31st Street, 4th Floor
New York, New York 10001

**RE:  Kathleen Prevas Knowles v. National Railroad Passenger Corporation a/k/a Amtrak, et al**
**Docket No. MON-L-004084-24**
**Our File No. 83030-2**

Dear Sir or Madam:

In regard to the above-captioned matter, enclosed please find a Summons, Complaint and Track Assignment Notice, which are being served upon you pursuant to the Rules of Court of the State of New Jersey.

Please be advised that the law provides you with thirty-five (35) days from the date of service to formally answer or otherwise plead to the Complaint.

Please turn this letter over to your insurance company immediately so that your interests are protected.

Thank you very much.

Very truly yours,

EDWARD J. AHEARN
A Member of the Firm

EJA/cs
Enclosures
**Via Regular Mail and Certified Mail - Return Receipt Requested 9589 0710 5270 1452 5975 89**

083030.000002 9345892v1

A commitment to excellence. A commitment to people. Since 1929.

**Edward J. Ahearn, Esquire**
**Attorney ID #025641993**
**ANSELL GRIMM & AARON, P.C.**
1500 Lawrence Avenue
CN 7807
Ocean, New Jersey 07712
(732) 922-1000 (Phone)
(732) 643-5433 (Fax)
Attorneys for Plaintiff
**Our File No. 83030-2**

**RECEIVED**

DEC 10 2024

AMTRAK CLAIMS OFFICE
NEW YORK, NY

| | |
|---|---|
| KATHLEEN PREVAS KNOWLES, <br><br> Plaintiff, <br><br> vs. <br><br> AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION trading as AMTRAK; and ABC CORPORATION 1-5 (fictitious entities), <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION – MONMOUTH COUNTY <br><br> Docket No: MON-L-004084-24 <br><br> **CIVIL ACTION** <br><br> **SUMMONS** |

**From the State of New Jersey to the Defendant named above:**

**National Railroad Passenger Corporation t/a Amtrak**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within **35 days** from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

083030.000002 9345835v1

If you do not file and serve a written answer or motion within **35 days**, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                s/ Michelle M. Smith
                MICHELLE M. SMITH
                Clerk of the Superior Court

Dated:      December 4, 2024

Name of Defendant to be served: National Railroad Passenger Corporation t/a Amtrak

Address:                400 West 31st Street, 4th Floor
                          New York, New York 10001

**RECEIVED**
**DEC 10 2024**
AMTRAK CLAIMS OFFICE
NEW YORK, NY

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

083030.000002 9345835v1

MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1270
FREEHOLD          NJ 07728

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM

```
                    DATE:    DECEMBER 03, 2024
                    RE:      PREVAS-KNOWLES KATHLEEN   VS AMTRAK
                    DOCKET:  MON L -004084 24
```

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

   DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:  HON DAVID A. NITTI

   IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (732) 358-8700 EXT 87549.

   IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
   PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                              ATT: EDWARD J. AHEARN
                              ANSELL GRIMM & AARON PC
                              1500 LAWRENCE AVE
                              CN 7807
                              OCEAN           NJ 07712

ECOURTS

Edward J. Ahearn, Esquire
Attorney ID #025641993
ANSELL GRIMM & AARON
1500 Lawrence Avenue - CN 7807
Ocean, New Jersey 07712
(732) 922-1000
Attorneys for Plaintiff
File No. 83030-2

| | |
|---|---|
| KATHLEEN PREVAS KNOWLES,<br><br>Plaintiff,<br><br>- vs -<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION trading as AMTRAK; and ABC CORPORATION 1-5 (fictitious entities),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MONMOUTH COUNTY<br>DOCKET NO. MON-L- 004084-24<br><br>**Civil Action**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff, Kathleen Prevas Knowles, residing at 30 Green Avenue in the Borough of Neptune City, County of Monmouth and State of New Jersey, by way of Complaint against the Defendants, says that:

### FIRST COUNT

1. On or about the 3rd day of December, 2022, the Defendants, Amtrak and

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1

National Railroad Passenger Corp. t/a Amtrak did own, operate, occupy, control, manage and/or maintain a commercial rail transportation enterprise known as Amtrak, open to the public, and doing business at the Metropark Train Station located in the Township of Edison, County of Middlesex and State of New Jersey.

2.  At all times relevant hereto, the defendants, ABC Corp. 1-5 (fictitious entities) are fictitious names for potential Defendants who may be responsible for the management, operation, control and or maintenance of the train cars being operated by the Defendants, Amtrak and National Railroad Passenger Corp. t/a Amtrak. The identities of these fictitious entities are presently unknown but will be added when ascertained.

3.  At all times relevant hereto, it was the duty of the Defendants as those responsible for the ownership, operation, occupancy, control, management and or maintenance of Amtrak train cars to properly inspect, operate, control, manage and maintain said train cars in a reasonably safe condition and to make adequate provision for the maintenance of said train cars and to properly and in conformity with contractual and industry standards remove and correct accumulation of water and other defects within their train cars; to inspect for and guard against conditions within the subject train cars which might pose a danger or hazard to persons lawfully thereon; to take reasonable measures to ensure that the train cars under their control were safe for persons lawfully thereon, such as the Plaintiff herein; and to adequately warn the Plaintiff of any dangerous or unsafe conditions that they created, knew or should have known about.

4.  Despite their duties as aforesaid, the Defendants, one or more or all of

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

them, did carelessly, recklessly and negligently fail to properly operate, inspect, control, manage and maintain the train cars under their control and did fail to adequately make provision for correcting accumulations of water and other defects within said train cars; did fail to properly remove and or correct any dangerous conditions which existed within their train cars and did fail to properly warn the Plaintiff and others as to the dangerous condition of their property.

5. On or about December 3rd, 2022, the Plaintiff, Kathleen Prevas Knowles, was a business invitee and customer of the Defendants and was lawfully present and attempting to board a train car under control of the Defendants. Plaintiff did conduct herself in a safe, prudent and proper manner at all times relevant thereto..

6. At the foresaid time and place, the Plaintiff, Kathleen Prevas Knowles, was caused to slip and fall to the ground due to an accumulation of water within the train car under the control of the Defendants as aforesaid.

7. As a direct and proximate result of the carelessness, recklessness and negligence of the Defendants aforesaid, the Plaintiff was caused to sustain severe internal and external injuries; was caused to sustain severe mental pain and suffering and will in the future be caused further mental pain and suffering; was caused to sustain permanent injuries; was caused to spend substantial sums of money for treatment of her injuries; and was caused to sustain other great losses.

WHEREFORE, Plaintiff, Kathleen Prevas Knowles, demands judgment against the Defendants for damages together with interest and costs of suit.

## DESIGNATION OF TRIAL COUNSEL

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, NJ 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1

Please take notice that pursuant to R.4:25-4, Edward J. Ahearn, Esquire of Ansell Grimm & Aaron, P.C., is hereby designated as trial counsel in the within matter.

### JURY DEMAND

Plaintiff hereby demands a trial by jury in the above-entitled cause of action.

### CERTIFICATION PURSUANT TO RULE 1:38-7(c)

I hereby certify that confidential personal identifiers have been redacted from documents now submitted to the Court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(c).

### CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to R.4:5-1, the matter in controversy is not the subject of any other action pending in any Court or arbitration proceedings, and Plaintiff does not contemplate any other action or arbitration proceedings.

ANSELL GRIMM & AARON, P.C.
Attorneys for Plaintiffs

Dated: December 3, 2024        By: _____
                                    EDWARD J. AHEARN

ANSELL GRIMM & AARON
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW
1500 LAWRENCE AVENUE
CN 7807
OCEAN, N.J. 07712
(732) 922-1000

093681.000000.76026741

083030.000002 9341825v1

# Civil Case Information Statement

### Case Details: MONMOUTH | Civil Part Docket# L-004084-24

**Case Caption:** PREVAS-KNOWLES KATHLEEN VS AMTRAK
**Case Initiation Date:** 12/03/2024
**Attorney Name:** EDWARD J AHEARN
**Firm Name:** ANSELL GRIMM & AARON PC
**Address:** 1500 LAWRENCE AVE CN 7807
OCEAN NJ 07712
**Phone:** 7329221000
**Name of Party:** PLAINTIFF : Prevas-Knowles, Kathleen
**Name of Defendant's Primary Insurance Company (if known):** None

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Kathleen Prevas-Knowles?** NO

---

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
  **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO **Medical Debt Claim?** NO

---

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

12/03/2024
Dated

/s/ EDWARD J AHEARN
Signed

ANSELL.LAW
ANSELL GRIMM & AARON, PC
1500 Lawrence Avenue, CN 7807
Ocean, NJ 07712

CERTIFIED MAIL
9589 0710 5270 1452 5975 89

US POSTAGE
FIRST-CLASS MAIL
$010.72
12/05/2024 ZIP 07712

National Railroad Passenger Corporation
400 West 31st Street, 4th Floor
New York, New York 10001