### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHLEEN PREVAS KNOWLES<br><br>Plaintiff,<br><br>v.<br><br>AMTRAK; NATIONAL RAILROAD PASSENGER CORPORATION trading as AMTRAK; and ABC CORPORATION 1-5 (FICTITIOUS ENTITIES)<br><br>Defendants. | Civil Action No.: 3:25-cv-00134<br><br>STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u> |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiff Kathleen Prevas Knowles and attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak that the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

**ANSELL GRIMM & AARON, PC**
Attorneys for Plaintiff Kathleen Prevas Knowles

By: _____
Edward J. Ahearn, Esq.

Dated: 9/2/25

**LANDMAN CORSI BALLAINE & FORD P.C.**
Attorneys for Defendant National Railroad Passenger Corporation

By: _s/ Andrew B. Charkow_
Andrew B. Charkow, Esq.

Dated: 09/22/25

**SO ORDERED** this 23rd day of September 2025
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**